# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

March 14, 2005

VIA UPS DELIVERY
Kevin F. Rowe, Clerk of Court
United States District Court
District of Connecticut
Attn: Intake Section
450 Main Street
Hartford, CT 06103

Re:   *Delaware Civil Case 1:04-1448-SLR; BBDOVA v. AUTOMOTIVE TECHNOLOGIES, INC.*.

Dear Clerk Rowe:

In accordance with the Memorandum Opinion and Order issued on February 25, 2005 by Chief Judge Sue L. Robinson, U.S.D.C. for the District of Delaware, in the above captioned civil case, I am transferring Delaware Civil No. 1:04-1448-SLR to the U.S.D.C. for the District of Connecticut. Enclosed please find the original docket items for this case (D.I.1-21) along with a certified copy of the docket sheet.

Please acknowledge receipt of the above by signing and dating the enclosed copy of this letter. Please return the same to the District Court of Delaware in the enclosed, self-addressed, envelope.

Sincerely,

Peter T. Dalleo, Clerk

By: _____
Deputy Clerk

Enclosures

cc:   The Honorable Sue L. Robinson
      C. Selzer, Esq.
      W. Kelleher, Esq.